**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

October 10, 2018

MEMORANDUM TO COUNSEL

    Re:    *Thomson v. Belton*
            Civil Action No. ELH-18-3116

Dear Counsel:

    At approximately 6:30 p.m. on Tuesday, October 9, 2018, plaintiff Candus Thomson filed suit against defendant Mark Belton, Secretary of the Maryland Department of Natural Resources ("DNR"), both in his individual and official capacity. ECF 1 ("Complaint"). She also submitted several exhibits with her verified Complaint. *See* ECF 1-2 to ECF 1-7. Thomson, a public information officer employed by DNR, alleges that she was demoted and stripped of all her media-related responsibilities and duties because she called gubernatorial candidate Ben Jealous an "assclown" on Facebook. ECF 1. On the basis of these allegations, plaintiff asserts a claim under 42 U.S.C. § 1983, alleging violations of her rights under the First and Fourteenth Amendments. *Id.* ¶¶ 31-32. She also seeks declaratory and injunctive relief. *Id.* ¶¶ 33-35.

    Along with the Complaint, Plaintiff filed a "Motion for Temporary Restraining Order and/or Preliminary Injunction" (ECF 2), as well as a memorandum of law. ECF 2-1 (collectively, the "TRO Motion"). She seeks to enjoin Belton "from continuing any punishment of Plaintiff for her personal speech and immediately restoring Plaintiff to her previous responsibilities and duties as Public Officer for the Natural Resources Police." ECF 2-1 at 2.

    Plaintiff's counsel has certified that he provided the defendant with notice of the TRO Motion. ECF 2-1 at 5-6. Moreover, the exhibits reflect correspondence between counsel for plaintiff and counsel for DNR. *See* ECF 1-7.

    Accordingly, plaintiff's counsel is directed to contact counsel for Secretary Belton and to arrange a telephone conference for this afternoon. I am available today either between 2:15 and 3:30 p.m. or at 5:00 p.m or afterwards. Plaintiff's counsel shall advise my office as to the time that has been arranged for the call, and shall also initiate the call.

    Despite the informal nature of this Memorandum, it is an Order of the Court and the Clerk is directed to docket it as such.

                                                     Very truly yours,

                                                        /s/
                                         Ellen Lipton Hollander
                                         United States District Judge